IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RICHARD EDWARD VENABLE,<br><br>                Defendant. | CR 20-112-BLG-SPW<br><br><br>ORDER |

Defendant's counsel has filed a Notice of Substitution of Counsel (Doc. 18).

Counsel's Notice of Substitution of Counsel does not comply with D. Mont. L.R.

83.3(a).

See D. Mont. L.R. 83.3(a) wherein it states:

When a party changes attorneys, a notice of substitution signed by the
incoming and the outgoing attorney must be filed by the incoming attorney.
The incoming attorney is responsible for ensuring that he or she is added to
the case for the correct party or parties and is properly designated to receive
notices of electronic filing.

IT IS HEREBY ORDERED that counsel shall file a Notice of Substitution

of Counsel that complies with D. Mont. L.R. 83.3(a) within five (5) days of the

date of this Order.

1

DATED this _26th_ day of October, 2020.

SUSAN P. WATTERS
United States District Judge