IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-112-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RICHARD EDWARD VENABLE, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 27), and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the trial in this matter presently set for Monday, June 14, 2021, is **VACATED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 18th day of May, 2021.

SUSAN P. WATTERS
United States District Court Judge

1